# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YOUXIANG EILEEN WANG, ET AL.,**<br>Plaintiffs,<br>vs.<br>**LIFE INSURANCE COMPANY OF THE SOUTHWEST, ET AL.,**<br>Defendants. | CASE NO. 19-cv-01150-YGR<br>**ORDER RE DISCOVERY DISPUTE**<br>Dkt. No. 66 |

The Court is in receipt of the parties Statement re Discovery Dispute. (Dkt. 66.)

Having carefully considered the statement, and the authorities referenced, the Court is inclined to allow the requested discovery upon narrow and targeted parameters. The parties shall meet and confer as soon as practicable and shall provide the Court with a proposal that allows for such narrow and targeted discovery and for appropriate briefing, including, if necessary, the filing of a sur-opposition and sur-reply. Said proposal shall be provided no later than 9:00 a.m. on Monday, July 1, 2019.

In the interim, the current deadlines are vacated.

**IT IS SO ORDERED**.

Date: June 27, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**