| | |
|---|---|
| Daniel C. Girard (SBN 114826) | Michael J. Hassen (SBN 124823) |
| Jordan Elias (SBN 228731) | **REALLAW, APC** |
| Adam E. Polk (SBN 273000) | 1981 N. Broadway, Suite 280 |
| **GIRARD SHARP LLP** | Walnut Creek, CA 94596 |
| 601 California Street, Suite 1400 | Telephone: (925) 359-7500 |
| San Francisco, CA 94108 | Facsimile: (925) 557-7690 |
| Telephone: (415) 981-4800 | MJHassen@reallaw.us |
| Facsimile: (415) 981-4846 | |
| dgirard@girardsharp.com | *Attorney for Defendant Premier Financial Alliance, Inc.* |
| jelias@girardsharp.com | |
| apolk@girardsharp.com | |
| | Robert D. Phillips, Jr. (SBN 82639) |
| *Attorneys for Plaintiffs Youxiang Eileen Wang and Dalton Chen* | Thomas A. Evans (SBN 202841) |
| | Rachel Adi Naor (SBN 284966) |
| | **ALSTON & BIRD LLP** |
| Blake J. Lindemann (SBN 255747) | 560 Mission St., Suite 2100 |
| Donna R. Dishbak (SBN 259311) | San Francisco, CA 94105 |
| **LINDEMANN LAW FIRM, APC** | bo.phillips@alston.com |
| 433 N. Camden Drive, 4th Floor | tom.evans@alston.com |
| Beverly Hills, CA 90210 | rachel.naor@alston.com |
| Telephone: (310)-279-5269 | |
| Facsimile: (310)-300-0267 | *Attorneys for Defendant Life Insurance Company of the Southwest* |
| blake@lawbl.com | |

*Attorneys for Plaintiffs Rui Chen and Wenjian Gonzalez*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| RUI CHEN, an individual, WENJIAN GONZALES, an individual; and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIER FINANCIAL ALLIANCE, INC., et al.<br><br>Defendants. | Case No. 4:18-cv-03771-YGR<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

| | |
|---|---|
| YOUXIANG EILEEN WANG and DALTON CHEN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST and PREMIER FINANCIAL ALLIANCE, INC.,<br><br>    Defendants. | Case No. 4:19-cv-01150-YGR |

Pursuant to Civil Local Rule 16-10(d) and the Court's order dated February 12, 2020 (*Wang* Dkt. No. 103), the parties provide this Joint Case Management Statement in advance of the case management conference scheduled for February 25, 2020.

## I. DEVELOPMENTS SINCE THE LAST CASE MANAGEMENT CONFERENCE

### A. Organization and Leadership

Pursuant to the Court's order dated July 31, 2019 (*Wang* Dkt. No. 75), *Wang* Plaintiffs moved for appointment of interim class counsel on December 26, 2019. (*Wang* Dkt. No. 89.) *Chen* Plaintiffs did not move for appointment of interim class counsel but opposed *Wang* Plaintiffs' motion on January 9, 2020. (*Wang* Dkt. No. 95.) The hearing on *Wang* Plaintiffs' motion is presently set for February 25, 2020, simultaneous with the case management conference. Now that the PFA Defendants have withdrawn their arguments regarding arbitration after the *Chen* Plaintiffs filed their Opposition to appoint, and if the Court does not otherwise believe it to be premature to appoint lead counsel, the Chen Plaintiffs and their Counsel request an opportunity and leave to file a motion to appoint in their case, and to conduct further discovery concerning their opposition to the motion to appoint.

*Chen* Plaintiffs take the position that the *Wang* Plaintiffs' motion for appointment of interim counsel was filed only in the *Wang* Case. *Chen* Plaintiffs further take the position that counsel in the *Wang* and *Chen* cases had reached an oral agreement to jointly prosecute the cases, but attorneys for the *Wang* Plaintiffs withdrew that agreement to jointly prosecute the case on the afternoon of February 18.

### B. Motions to Compel Arbitration and Transfer Venue

As is reflected in the parties' Joint Statement Regarding Motion to Compel Arbitration and Consolidation (*Wang* Dkt. No. 99), Defendant Premier Financial Alliance, Inc. has elected to accept the Court's ruling as dispositive as to its motions to compel arbitration and transfer venue. There is accordingly no need for further arbitration-related proceedings.

## II. DISCOVERY STATUS

**Arbitration-Related Discovery.** The parties in the *Wang* Action engaged in limited arbitration-related discovery in connection with Premier's motions to compel arbitration and transfer venue. (*See Wang* Dkt. No. 70.)

**Merits Discovery.** With respect to merits discovery, the parties have not yet completed their Rule 26(f) conference in view of Premier's arbitration motion and unresolved issues concerning organization and leadership. *Wang* Plaintiffs and all Defendants have agreed to complete their conference and submit their Rule 26(f) report within 21 days following the Court's ruling on *Wang* Plaintiffs' pending motion for appointment of interim class counsel.

The *Chen* Plaintiffs take the position that the *Chen* Plaintiffs and Defendants will conference under 26(f) report by no later than March 24, 2020.

**Electronically Stored Information.** Plaintiffs prepared a draft stipulated ESI order based on the Northern District of California model, which they sent to Defendants on February 14, 2020. The parties have agreed to discuss the draft and other items covered in the Northern District's Guidelines for the Discovery of Electronically Stored Information and "ESI Checklist" in connection with their Rule 26(f) conference and anticipate submitting an ESI order for court approval in conjunction with their Rule 26(f) report.

**Privilege and Confidentiality Issues.** The Court entered the parties' Stipulated Protective Order in the *Wang* Action on June 18, 2019. (*Wang* Dkt. No. 62.)

The *Chen* Plaintiffs have circulated a draft protective Order to which the Defendants have not responded or provided input to date.

## III. MOTIONS

The *Chen* Defendants' motions to dismiss are presently due on April 20, 2020. (*See Chen* Dkt. No. 120.)

## IV. CASE SCHEDULE

The parties submitted a proposed case schedule in their initial joint case management statement. (*Wang* Dkt. No. 41 at 21.) Because of Premier's pending threshold arbitration and

venue motions, no schedule was entered outside of a schedule for filing and responding to Premier's planned motions to compel arbitration and transfer.

The parties will confer concerning the case schedule and propose a schedule by stipulation for court approval at or before the February 25, 2020 Case Management Conference.

## V.   ALTERNATIVE DISPUTE RESOLUTION

The parties agree to meet and confer concerning potential ADR in accordance with ADR local rule 3-5.

Dated: February 18, 2020          /s/   Daniel C. Girard
                                                      Daniel C. Girard (SBN 114826)
                                                      Jordan Elias (SBN 228731)
                                                      Adam E. Polk (SBN 273000)
                                                      **GIRARD SHARP LLP**
                                                      601 California Street, Suite 1400
                                                      San Francisco, CA 94108
                                                      Telephone: (415) 981-4800
                                                      Facsimile: (415) 981-4846
                                                      *dgirard@girardsharp.com*
                                                      *jelias@girardsharp.com*
                                                      *apolk@girardsharp.com*

                                                      *Attorneys for Plaintiffs Youxiang Eileen Wang and Dalton Chen*

Dated: February 18, 2020          /s/ Blake J. Lindemann
                                                      Blake J. Lindemann (SBN 255747)
                                                      Donna R. Dishbak (SBN 259311)
                                                      **LINDEMANN LAW FIRM, APC**
                                                      433 N. Camden Drive, 4th Floor
                                                      Beverly Hills, CA 90210
                                                      Telephone: (310)-279-5269
                                                      Facsimile: (310)-300-0267
                                                      *blake@lawbl.com*

                                                      *Attorneys for Plaintiffs Rui Chen and Wenjian Gonzalez*

| | |
|---|---|
| Dated: February 18, 2020 | /s/ *Michael J. Hassen* <br> Michael J. Hassen (SBN 124823) <br> **REALLAW, APC** <br> 1981 N. Broadway, Suite 280 <br> Walnut Creek, CA 94596 <br> Telephone: (925) 359-7500 <br> Facsimile: (925) 557-7690 <br> *mjhassen@reallaw.us* <br><br> *Attorney for Defendant Premier Financial Alliance, Inc.* |
| Dated: February 18, 2020 | /s/ *Robert D. Phillips, Jr.* <br> Robert D. Phillips, Jr. (SBN 82639) <br> Thomas A. Evans (SBN 202841) <br> Rachel Adi Naor (SBN 284966) <br> **ALSTON & BIRD LLP** <br> 560 Mission St., Suite 2100 <br> San Francisco, CA 94105 <br> *bo.phillips@alston.com* <br> *tom.evans@alston.com* <br> *rachel.naor@alston.com* <br><br> *Attorneys for Defendant Life Insurance Company of the Southwest* |

## ATTESTATION

I, Daniel C. Girard, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

               */s/ Daniel C. Girard*